RETURN DATE: FEBRUARY 23, 2021 : SUPERIOR COURT

NOREEN ADAMS : J.D. OF ANSONIA/MILFORD

VS. : AT MILFORD

WALMART, INC. : JANUARY 5, 2021

## COMPLAINT

1. At all times mentioned herein, the Defendant, Walmart, Inc. (hereinafter Defendant), was a corporation existing under the laws of Connecticut.

2. The Defendant, Walmart, managed and maintained the premises located at 1365 Boston Post Road, in Milford, Connecticut.

3. The Defendant owed a legal duty of care to the Plaintiff and other lawful invitees to maintain the aforesaid premises in a safe condition for the reasonably anticipated use of its business invitees.

4. At said time and place and for a protracted time prior thereto, there existed a condition on the aforementioned premises, in that there was a hole in the cement sidewalk and an orange cone was placed over the hole in the path of egress travel.

5. On August 25, 2020, at approximately 7:00 PM, the Plaintiff, Noreen Adams, was utilizing the designated exit/entrance at Walmart.

6. At said time and place, the Plaintiff was caused to fall when she rounded a large pillar and tripped over an orange cone placed in her path of travel and exit discharge.

7. Due to the dangerous and defective conditions of the sidewalk, the Plaintiff suffered the following serious injuries which are, or are likely to becom permanent in nature:

   a. Fracture of left patella;

   b. Left wrist sprain;

   c. Right ankle sprain;

   d. Left knee pain;

   e. Abrasions on left knee.

8. As a result of her injuries, the Plaintiff has endured great pain and suffering and may continue to do so in the future due to the permanent nature of her injuries.

9. As a result of her injuries, the Plaintiff has incurred medical expenses and is likely to incur the same in the future due to the permanency of her injuries.

10. As a further result of her injuries, the Plaintiff has sustained a loss of enjoyment in her normal life activities.

11. The Plaintiff's fall and subsequent injuries and losses were caused by the Defendant's negligence in one or more of the following ways:

    a. In that the Defendant allowed said area to remain in an unsafe condition;

    b. In that the Defendant failed to use reasonable care to perform its duties to patch the hole in the sidewalk properly;

FALCONE LAW FIRM, LLC
P.O. BOX 463 • WEST HAVEN, CT 06516
TEL (203) 931-1762 • Fax (203) 934-7099 • JURIS NUMBER 421189

c. In that the Defendant knew, or in the exercise of reasonable care, should have known of the dangerous and defective condition of said sidewalk and failed to take adequate and proper measures to remedy the same;

d. In that the Defendant failed to properly remedy and maintain said condition of the sidewalk to provide safe egress for the business invitees;

e. In that the Defendant failed to warn invitees, including the Plaintiff, of the dangerous and defective condition existing on said sidewalk;

f. In that the Defendant created a tripping hazard in the customer's path of travel;

g. In that they failed to repair the spalling of the concrete walk in a timely manner;

h. In that they failed to cordon off the area of travel with yellow tape or other safe measures.

FALCONE LAW FIRM, LLC
P.O. BOX 463 • WEST HAVEN, CT 06516
TEL (203) 931-1762 • Fax (203) 934-7099 • JURIS NUMBER 421189

WHEREFORE, the Plaintiff claims:

1. Monetary damages;

2. Any other relief the court deems reasonable and proper.

THE PLAINTIFF

BY: _____
Vincent R. Falcone, Esq.
Falcone Law Firm, LLC
P.O. Box 463
West Haven, CT 06516
Juris # 421189

RETURN DATE: FEBRUARY 23, 2021 : SUPERIOR COURT

NOREEN ADAMS : J.D. OF ANSONIA/MILFORD

VS. : AT MILFORD

WALMART, INC. : JANUARY 5, 2021

### STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed in the foregoing Complaint is GREATER THAN FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF
BY: _____
Vincent R. Falcone, Esq.
Falcone Law Firm, LLC
P.O. Box 463
West Haven, CT 06516
Juris # 421189

FALCONE LAW FIRM, LLC
P.O. BOX 463 • WEST HAVEN, CT 06516
TEL (203) 931-4762 • Fax (203) 934-7099 • JURIS NUMBER 421189